IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID S. GOLDSTEIN,

    Plaintiff,

v.                                                                 Civil Action No. **3:16CV1003**

**D.A. TRAMMELL,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on March 28, 2017, the Court directed Plaintiff to pay an initial partial filing fee. On April 24, 2017, the United States Postal Service returned the March 8, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 5/3/17
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge